UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VARIOUS JOHN DOES, VARIOUS JANE DOES AND XYZ COMPANY, <br><br> Defendants. | Case No. 3:14-cv-1330 <br><br> Judge Aleta A. Trauger |

**ORDER CONTINUING
LOCAL RULE 16.01 CASE MANAGEMENT CONFERENCE
CURRENTLY SCHEDULED FOR AUGUST 25, 2014**

Plaintiff Bravado International Group Merchandising Services, Inc. ("Plaintiff") having moved for an order to Continue the Local Rule 16.01 Case Management Conference Currently Scheduled for August 25, 2014 and good cause being shown,

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Case Management Conference currently scheduled for August 25, 2014 is hereby continued until such appropriate time after a Defendant files an appearance in this action (if any).

**IT IS SO ORDERED.**

Dated: August _4_, 2014

At: _____ __. m.

_____
**THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.
By: /s/ Cara R. Burns
Cara R. Burns, Esq. (Admitted Pro Hac Vice)

2

Hicks, Mims, Kaplan & Burns
3250 Ocean Park Blvd, Suite 350
Santa Monica, California 90405
Tel: (310) 314-1721/ Fax: (310) 314-1725
cburns@hmkblawyers.com

Brittany B. Simpson (No. 031019)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Tel: (615) 726-5600/ Fax: (615) 726-0464
bsimpson@bakerdonelson.com